**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) _Christopher Miller_ #_148930_
(Name of Plaintiff)                    (Inmate Number)

_315 S. Broad St. unit 0127, Phila, PA 19132_
(Address)

(2) _____
(Name of Plaintiff)                    (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) _Deleware County Prison (Sharon Hill, Pennsylvania)_

(2) _Dana Keith (Law Library) of Delco County Prison_

(3) _York County Prison (York, Pennsylvania)_
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

**3:19-CV-1135**
(Case Number)

**CIVIL COMPLAINT**

FILED
HARRISBURG, PA

JUL 0 2 2019

Per _____
Deputy Clerk

**TO BE FILED UNDER:** _X_  **42 U.S.C. § 1983 - STATE OFFICIALS**

_X_  **28 U.S.C. § 1331 - FEDERAL OFFICIALS**

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

1

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?  _X_ Yes  ____ No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  _X_ Yes  ____ No

C.    If your answer to "B" is <u>Yes</u>:

1.    What steps did you take? Submitting of hone grievance forms in junction to each implied applied while immurment. Appeal every day from the solicitors as well as the grievance coordinator

2.    What was the result? Every o'chone grievance form submitted on behalf of the plaintiff Christopher E. Miller has been denial by the correctional facility as well as the solicitor's office

D.    If your answer to "B" is <u>No</u>, explain why not: _____

_____

## III.    DEFENDANTS

(1)  Name of first defendant: Correctional Medical staff
Employed as Correctional officer (Registered) Nurse at Deleware County Prison
Mailing address: 500 Cheyney Road. Thornton, PA 19373
(2)  Name of second defendant: Dana Keith (Law Librarian) of Delco County Prison
Employed as Deleware County Prison at Law Librarian
Mailing address: 500 Cheyney Road. Thornton, PA 19373
(3)  Name of third defendant: Correctional Medical staff
Employed as Correctional officer Registered at York County Prison
Mailing address: 3400 Concord Road. York Pennsylvania 17402
(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV.  STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets if necessary.)

1.    During the visit to Crosier Hospital (upland, Pennsylvania) on the night of November 21, 2018 a number of infracts were performed while the plaintiff Christopher E. Miller anticipated seeking medical service. The medical staff refused to remove the blood which filbl his mouth. The fluid was ig nored by proper protective. Reaction...

Prior to the surgical procedure, the use of anesthesia was denied and substituted for morphine was used to decrease the pain.

2. Inmate Miller was denied the privilege to utilize the law library on the "George w. Hill" facility. This took place throughout the entire year of 2016. Upon the prithee to attend the library, Miller interviewed with librarian "Dana" Keith. This briefing was for a position as a jail law librarian.

3. On February 21, 2017 the plaintiff Christopher E. Miller became a victim of assault by another inmate while housed on North Block (F) pod. After the assault, Miller became a victim of excessive force articulating into wanton infliction of pain by several officers. This impoliey occurred while being transported to "cross Halls Medicial." The handcuffs attached to the inmate's wrist were inflicted with pain!...

## V.  RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. Because the plaintiff suffered from a fractured jaw as well as several medical impolicies, a guilty plea on behalf of the entire correctional/medical staff of Delaware County Prison is expected from the jury of trial and These infracts should be injunctive to "capitol punishment" which derives from the department of all three (3) defendants. Please see to it "justice is served."

2. As a matter of the law your job is to adhere those fighting oppression. To be charged and found guilty is imminent to the behaviors "Dana" Keith and the proceeding employees of Delaware county prison should be expecting. As this #diakinesis is transcripts the chain of events which rationale the need to be compensated, please have no mercy for the defendant.

3. The plaintiff prithee the tribunal to find every officer involved in this act of terror guilty and should be charged accordingly. The plaintiff also would like to be compensated for the physical injuries, pain and suffering and emotional and mental stress. This as well as the acts of the medical staff.

## INSTRUCTIONS FOR FILING COMPLAINTS IN FEDERAL COURT

### AS A PRO SE PARTY

To ensure that a Complaint is filed correctly and in a timely manner you must follow the steps listed below:

1. Complete the **COMPLAINT FORM** and attach a **CIVIL COVER SHEET - JS44 FORM** to the complaint. A copy of the Complaint and JS44 forms are attached to this instruction sheet and also available on the court's website www.pamd.uscourts.gov).

2. File the Complaint and the Civil Cover Sheet with the Clerk of Court either traditionally on paper or electronically. If you chose to file *traditionally* on paper, you must file the original and a copy of the Complaint for each defendant listed on the Original Complaint.

If you choose to file *electronically*, you must register as a Filing User in the court's Electronic Case Files (ECF) system solely for the purposes of this action. If during the course of the action you retain an attorney who appears on your behalf, the attorney must advise the Clerk to terminate your ECF registration upon the attorney's appearance. A registration form is attached to this instruction sheet and can be obtained through the court's website www.pamd.uscourts.gov or the Clerk of Court's Office. Once you are registered as an ECF User, you will be provided a *Login* and *Password* to access the Electronic Filing System to file your documents. Please refer to the court's Standing Order Re: ECF Policies and Procedures, Local Rules of Court and the ECF User Manual before filing documents electronically. All of these documents are available on the website or can be obtained from the Clerk of Court's Office.

3. A **FILING FEE** of **$350.00** and an **ADMINISTRATIVE FEE** of **$50.00** for a total of **$400.00** must accompany a Complaint when it is filed.

4. If you are unable to pay the filing fee you must petition the Court to Proceed In Forma Pauperis, by completing the "Affidavit/Declaration in Support of Request to Proceed In Forma Pauperis" form (copy attached) and filing it along with your Complaint. Please be aware that the Office of the Clerk for the United States District Court, Middle District of Pennsylvania is now accepting electronically filed documents and making the content of civil documents available to the public on the court's Internet website via WebPACER. Any subscriber to WebPACER will be able to read, download, store and print the full content of the documents. In that regard, you should reference the court's "Notice of Electronic Availability of Civil and Criminal Case File Information" before completing the Affidavit/Declaration to find out more about the requirements to redact personal data identifiers. In specific, when responding to Question 5 of the Affidavit/Declaration you must not list the names of minor children. Only the initials of the minor should be on the form. Listing the age of the minor is acceptable; however, only the year of birth may be included. These are but a few of the examples of personal data identifiers which must be redacted from documents filed with the court.

5. Your Complaint must be legibly handwritten or typewritten. Each and every PRO SE Plaintiff listed on the Complaint **MUST SIGN** the Complaint. If you are filing your Complaint

I declare under penalty of perjury that the foregoing is true and correct.


Signed this _1st_ day of _July_ , 20_19_ .


_Christopher C Miller_
(Signature of Plaintiff)

**FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331**

## COVER SHEET

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

**************************************************************************

The cost for filing a civil rights complaint is $350.00.

If you do not have sufficient funds to pay the full filing fee of $350.00 you need permission to proceed in forma pauperis. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

    1)      the average monthly deposits to your prison account for the past six months; or

    2)      the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.**

**************************************************************************

    1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $350.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form. ____**

    2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court</u>. **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees. X**

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**



**U.S. Department of Justice**

Civil Rights Division

*Federal Coordination and Compliance Section*

*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

## COMPLAINT FORM

The purpose of this form is to assist you in filing a complaint with the Federal Coordination and Compliance Section (FCS). You are not required to use this form; a letter with the same information is sufficient. However, the information requested in the items marked with a star (*) must be provided if you submit something other than this form.

1.* Your name and address.
Name: Christopher E. Miller
Address: 315 South Broad Street Unit 0127
Philadelphia, Pennsylvania                    Zip 19123
Telephone: Home: (____)_____ Work or Cell: (____)_____

2.* Person(s) discriminated against, if different from above:
Name: _____
Address: _____
_____ Zip _____
Telephone: Home: (____)_____ Work or Cell: (____)_____
Please explain your relationship to this person(s).
_____

3.* Agency and department or program that discriminated:
Name: York County Prison \ Delaware County Prison
Address: 3400 Concord RD York, Pennsylvania 17402 \ 500 Cheyney Road
Thornton, Pennsylvania 19373                    Zip _____
Telephone: Home: (____)_____ Work or Cell: (____)_____

4A.* Non-employment: Does your complaint concern discrimination in the delivery of services or in other discriminatory actions of the department or agency in its treatment of you or others? If so, please indicate below the base(s) on which you believe these discriminatory actions were taken.
✓ Race/Ethnicity: Because the plaintiff is Afro-American
____ National origin: _____
✓ Sex: Because the plaintiff partake in homoscedasticity
____ Religion: _____
____ Age: _____
____ Disability: _____

OMB No. 1190-0008
Expires: 2/6/2019

4B.* Employment: Does your complaint concern discrimination in employment by the department or agency? If so, please indicate below the base(s) on which you believe these discriminatory actions were taken.

✓ Race/Ethnicity: Because the plaintiff is African-American
___ National origin:
✓ Sex: The plaintiff partake in homoscedasticity
___ Religion:
___ Age:
___ Disability:

5. What is the most convenient time and place for us to contact you about this complaint?
Because the plaintiff is currently immurement in York County Prison, visits are expected.

6. If we will not be able to reach you directly, you may wish to give us the name and phone number of a person who can tell us how to reach you and/or provide information about your complaint:

Name:
Telephone: Home:(____)_____ Work or Cell: (____)_____

7. If you have an attorney representing you concerning the matters raised in this complaint, please provide the following:
Name: The Cochran Law Firm\ Aaron sommer
Address: 2000 Market Street Suite 2150 Philadelphia, Pennsylvania
19103. 901 Arch Street Suite 401. Philadelphia, Pennsylvania Zip
Telephone: Home: (____)_____ Work or Cell: (____)_____

8.* To your best recollection, on what date(s) did the alleged discrimination take place?

Earliest date of discrimination: Feb. 27, 2017
Most recent date of discrimination: June 16th 2019

9. Complaints of discrimination generally must be filed within 180 days of the alleged discrimination. If the most recent date of discrimination, listed above, is more than 180 days ago, you may request a waiver of the filing requirement. If you wish to request a waiver, please explain why you waited until now to file your complaint and FCS will evaluate the explanation and decide if a waiver is appropriate.

With the cognizant of oppression the United States Justice system declares, the consistency of immurement destitute prima facie! once the plaintiff became educated as to the proper procedure in filing for a legal cause the 180 grace period had expired. Please accept this as a rationale reasonable or legitimate enough to be granted.

OMB No. 1190-0008
Expires: 2/6/2019

10.* Please explain, as clearly and neatly as possible, what happened, why you believe it happened, and how you were discriminated against. Indicate who was involved. Be sure to include how other persons were treated differently from you. (Please use additional sheets if necessary and attach a copy of written materials pertaining to your case.)

During a visit to crozier Hospital Upland Pennsylvania on the night of November 21, 2018 a number of infants were performed while the plaintiff Christopher E. Miller anticipated medical services. The medical staff refused to remove blood which filled his mouth. The bodily fluids were ignored by proper procedure. A Suction cup was provided Prior to the surgical procedure, the use of Anesthesia was denied and substituted for morphine was used to decrease the pain.

Inmate Miller was denied the privilege to utilize the law library on the "George W. Hill" facility. This took place throughout the entire year of 2018. Upon the prithes to attend the "Law Library" Miller interviewed with librarian @Dana Queitho. This briefing was for a positions as a housegaw law library.

On Feb. 21, 2017 the plaintiff Christopher E. Miller became a victim of assault by another inmate while housed on North (F) Block pod. After the assault, Miller became a victim of excessive force and while into wanton infliction of pain by several correctional officers. This impropery occurred while being transmitted from North (F) pod to "Cross Halls Medical" The handcuffs attached to the inmates wrist were the causation of factual or but for cause

The plaintiff bases these antecedents and other asyndetons as Hate (H8) crimes, discrimination deriving from racial ethnicity and homosexuality. Because the state of Pennsylvania is a Commonwealth state, the destitution of Due Process between dichotomy occurs imminently.

11. Title VI of the Civil Rights Acts of 1964, 42 U.S.C. §§ 2000d – 2000d7 and the nondiscrimination section of the Omnibus Crime Control and Safe Streets Act of 1968, 28 U.S.C. § 3789d(c), prohibit recipients of Department of Justice funds from intimidating or retaliating against anyone because he or she has either taken action or participated in an action to secure rights protected by these laws. If you believe that you have been retaliated against (separate from the discrimination alleged in #10), please explain, as clearly and neatly as possible, the circumstances below. Be sure to explain what actions you took which you believe were the basis for the alleged retaliation.

During the current immurement in York County Prison, the use of the law library became vital prolemics in submitting the antecedents. After two (2) months of empirical, the materials in the law library became tergiversation in finishing the legal causes. This library prior to the discrimination act was filled with shelves full of treaties, annotates, Encyclopedias, and computers are now deserted with only the bare minimum of resources. This and other punitives are semiotics of due retaliation. Arbouhring from the physical assault which resulted in "temporal summation", the plaintiff spent two (2) hours in the "Wills Eye Institute" hallway facing the elevator before being seen. Thomas Jefferson Neurology Center made the plaintiff wait in a chair with chainson before being seen!

OMB No. 1190-0008
Expires: 2/6/2019

12. Please list below any persons (witnesses, fellow employees, supervisors, or others), if
known, whom we may contact for additional information to support or clarify your complaint.

Name                          Address                          Area Code/Telephone

Not Applicable

Amy Hathaway          1427 Vine Street Philadelphia PA (19102)   (215) 762-2530
Beyonce' O'Bama      1600 Pennsylvania Ave Washington D.C. (20023)
Jussie Patterson
Sasha Diaz
Cardi Grande

13. Do you have any other information that you think is relevant to our investigation of your
allegations?

Not Applicable

14. What remedy are you seeking for the alleged discrimination?

Aside from being financially compensated the request to have the Supreme
Court ruling blazon in treaties and other publications is for the advance
of Super Flous in tribunale Capitol offense is prithee for the defendants punitive

15. Have you (or the person discriminated against) filed the same or any other complaints with
other offices of the Department of Justice (including the Office of Justice Programs, Federal
Bureau of Investigation, etc.) or other Federal agencies?

Yes ✓  No ____

If so, do you remember the Complaint Number?

There is no acknowledgement or recognition to the Complaint Number.

What agency and department or program was it filed with?

The Department of Justice
Address: Not Applicable 950 Pennsylvania Ave NW, Washington, D.C
20530                                            Zip ____
Telephone No: (202) 514-2000
Date of Filing: _____ Filed Against: _____

OMB No. 1190-0008
Expires: 2/6/2019

Briefly, what was the complaint about?

There has been numerous amounts of phone forms submitted on behalf of the plaintiff Christopher E. Miller

What was the result?

Each and every grievance submitted throughout the time of immurement has been denied.

16. Have you filed a charge or complaint concerning the matters raised in this complaint with any of the following?

- ✓ U.S. Equal Employment Opportunity Commission
- ___ Federal or State Court
- ✓ Your State or local Human Relations/Rights Commission
- ✓ Grievance or complaint office
- ___ Other _____

17. If you have already filed a charge or complaint with an agency indicated in #16, above, please provide the following information (attach additional pages if necessary):

Agency: York County Board of Commissioners \ The Disciplinary Board of the Supreme Court of P.A.
Date filed: 2\24\2019, 3\22\2019.
Case or Docket Number: _____
Date of Trial/Hearing: _____
Location of Agency/Court: 28 E. Market St. York PA 17401 \ 601 Commonwealth Ave. Suite 5600 HBG, PA 17106
Name of Investigator: Donald L. Reihart \ Kristin A. Wells
Status of Case: The complaint was found denied (#0215191-1925) The acknowledgement of receipt (District III)
Comments: The Acting Disciplinary Counsel-in-Charge alleged there was no proper docket to adhere the attorney violated "Rules of Professional Conduct". Immediately following the letter received on April 8, 2019, a docket number was provided in a correspondence pinpointing a Strickland Test: Deficient Performance Prong for every attorney in conjunction to the docket numbers provided.

18. While it is not necessary for you to know about aid that the agency or institution you are filing against receives from the Federal government, if you know of any Department of Justice funds or assistance received by the program or department in which the alleged discrimination occurred, please provide that information below.

Not Applicable.

OMB No. 1190-0008
Expires: 2/6/2019

19.* We cannot accept a complaint if it has not been signed. Please sign and date this Complaint Form below.

_Christopher E. Miller_         _July 1st 2019_
(Signature)                             (Date)

Please feel free to add additional sheets to explain the present situation to us.

We will need your consent to disclose your name, if necessary, in the course of any investigation. Therefore, we will need a signed Consent Form from you. (If you are filing this complaint for a person whom you allege has been discriminated against, we will in most instances need a signed Consent Form from that person.) See the "Notice about Investigatory Uses of Personal Information" for information about the Consent Form. Please mail the completed, signed Discrimination Complaint Form and the signed Consent Form (please make one copy of each for your records) to:

United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section - NWB
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Toll-free Voice and TDD: (888) 848-5306
Voice: (202) 307-2222
TDD: (202) 307-2678

20. How did you learn that you could file this complaint?
_Empirical from the law library and other inmates educated the plaintiff_
_about the specific procedures in submitting a "Civil Rights" complaint under_
_42 U.S.C. § 1983 or 28 U.S.C. § 1331_

21. If your complaint has already been assigned a DOJ complaint number, please list it here:
_____

Note: If a currently valid OMB control number is not displayed on the first page, you are not required to fill out this complaint form unless the Department of Justice has begun an administrative investigation into this complaint.

OMB No. 1190-0008
Expires: 2/6/2019



**U.S. Department of Justice**

Civil Rights Division

*Federal Coordination and Compliance Section*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

## COMPLAINANT CONSENT/RELEASE FORM

Your Name: *Christopher E. Miller* _____

Address: *315 South Broad Street Unit 0127, Philadelphia Pennsylvania 19123* _____

_____

Complaint number(s): (if known) _____

*Please read the information below, check the appropriate box, and sign this form.*

I have read the Notice of Investigatory Uses of Personal Information by the Department of Justice (DOJ). As a complainant, I understand that in the course of an investigation it may become necessary for DOJ to reveal my identity to persons at the organization or institution under investigation. I am also aware of the obligations of DOJ to honor requests under the Freedom of Information Act. I understand that it may be necessary for DOJ to disclose information, including personally identifying details, that it has gathered as a part of its investigation of my complaint. In addition, I understand that as a complainant I am protected by DOJ's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by DOJ.

### CONSENT/RELEASE

☑ CONSENT - I have read and understand the above information and authorize DOJ to reveal my identity to persons at the organization or institution under investigation. I hereby authorize the Department of Justice (DOJ) to receive material and information about me pertinent to the investigation of my complaint. This release includes, but is not limited to, personal records and medical records. I understand that the material and information will be used for authorized civil rights compliance and enforcement activities. I further understand that I am not required to authorize this release, and do so voluntarily.

☐ CONSENT DENIED - I have read and understand the above information and do not want DOJ to reveal my identity to the organization or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint. I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

*Christopher E Miller* _____     *July 1st, 2019* _____
SIGNATURE                                    DATE

OMB No. 1190-0008
Expires: 2/6/2019

Christopher E. Miller
"Tort Law"
York, Pennsylvania

As human nature develops, the behaviors which derive from the development of our minds adhense the synapses, articulating with the frontal cortex. Injunctive to the "rights; Brain Lateralization, our emotional thought are stimulated from the frontal cortex. According to Robert M. Sapolsky,"Normal psychic life depends upon the good functioning of the brain synapses, and mental disorders appear as a result of synaptic derangement (1) (Behave. Frontal Cortical Changes in Emotional Regulations. Robert M. Sapolsky©2017). Deriving from the chain of events which took place while immurement at both Delaware County Prison as well as York County Prison the antecedents to pursue the guidelines which fell under the "Tort Law" including mental and emotional claim. Because the courts have yet to determine exactly what "mental and emotional" injury consist of, it should be of no reason not to find the defendant guilty of the bad results or harm which took place to the plaintiff. This factual or but for cause is evident in the medical transcript pertaining to the "physical injuries" the plaintiff received while an inmate of two(2) county prison(2).As a result of the physical injures, the plaintiff is pursuing, the statutes which are found concurrent with the "tort Law". As a destitute of #diatheke which is protected under the constitutional amendment, the courts should hereby award compensation to the plaintiff (3). Because the causation of "mental or emotional" injury is undetermined by the Supreme Court, the use of evident axioms injunction to transcripts provide rationale in reason to a claim; "one court said, for example[t] he term "mental or emotional" injury has a well understood meaning as referring to such things as stress, fear, and depression, and other psychologist impacts. Some courts have also recognized a variety of constitutional injuries that are neither physical nor mental or emotional, and therefore are not affected by the statute (A Jailhouse Lawyers Manuel. Pp 354 chpt. #14©2012). "In adults, looking at an "Affective facial display", activities, and the amygdala, followed by activation of the emotion-regulating 'vmPFC. As they habituate to the emotional content (Behave. Robert M. Sapolsky©2017). On November 21, 2018 the plaintiff Christopher E. Miller became a victim of physical injury, a statute under "Tort Law', when he became a hostage to two (2) inmates of Delaware County Prison. As a patient of Crozier Hospital http://www.crozerkeystone.org/Locations/crozer-chester-medical-center/ the plaintiff became a victim of malpractice when the iatric care of the medical staff failed proficiency in render. Due to the fractured jaw displayed on the plaintiff's face, the axiom to the statement Dr. Sapolsky demonstrates as a neuroscientist, render adhesion to the "emotional and mental" claim (4). As a result of the "factual but for a cause" the defendant provided, the first (1st) layer of the brain responses injunctive to the #exordium of the assaults which other institutions concur as variances, another inmate of the "Philadelphia Detention Center" located on State Road in Philadelphia, Pennsylvania, assaulted Miller's right eye, causing temporary disability to the #uvea of the pupil (7)." Reappraisal" in which responses to strong emotional stimuli are regulated by thinking about them differently.  Get a bad grade on an exam and there's an emotional pull toward "I'm stupid;" reappraisal might lead you instead to focus on your not studied or having had a cold, to decide that the out come was situational , rather than a function of your unchangeable constitution (Behave. Robert M. Sapolsky ©2017). It is not hard to determine the causation of bad results transcend is only by intervening superseding cause. Bothe physical and mental injury is detailed and cited in this "cause of action".

Christopher E. Miller
"Tort Law"
York, Pennsylvania

"**References**" (Emotion and Mental claim)

1). #**Extrasensory** #**Perception**-The ability to know things(such as what another person is thinking or what will happen in the future) that cannot be known by normal use of the senses. Perception(as in telepathy  clairvoyance through the senses and not deducible from previous experience-Also called ESp).

2). F. "**Menta**l and **Emotional Injury**": The Prison Litigation Reform Act. "No Federal Civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility for mental or emotional injury suffered while in custody without a prior showing of physical injury. ( A Jailhouse Manuel. ©2012."The Prison Litigation Reform Act. Chpt #14 Pp. 435)

3). **Physical Injury- "A** physical injury is an observable or diagnosable medical condition requiring treatment by a medical care professional. It is not a sore muscle, an aching back, a scratch, an abrasion a bruise, etc. which last even up to two or three weeks...[it is] more than the types and kinds of bruise and abrasions about which the plaintiff complains. Injuries treatable at home and over the counter drugs, heating pads, rest, etc. do not fall within the parameters of 1997e[E](A Jailhouse Manuel ©2012 Pp. 361)

4). VI. **Large Scale Litigation §§ 4:41. Risk of a class action in the past-PLRA era; Plata v. Schwarzenegger**

**Research Reference**

Amen, giving precise content to the Eighth Amendment: Assessment of the Remedial Provisions of the Prison Litigation Reform Act, 108 column. REV. 143(January, 2008)

Class action lawsuits to address substandard unconstitutional medical care are "of particular concern to correctional administrators because, if strenuously litigated, they tend to take years to resolve, usually at great expense, and consume significant staff time and energy." Nevertheless, these lawsuits are particularly effective at targeting and alleviating unconstitutional, persistent deficiencies within entire prison systems, while offering the courts the opportunity to resolve systemic short comings by ordering complete overhauls(2).

(2). Michelle Deitch, correctional Health care and special populations- Legal considerations and context, in managing special populations in Jails and prisons at 21-18(Stan Stojkovic ed., Civil Research Institution 2005)("Courts can impose detail remedial orders including requirements for additional staffing, new equipment, improved procedures and even facilities closures"). A number of the leading medical care in prison cases were such class action. (Rights of A Prisoner. Pp 605-606 Michael B. Mushlin©2009).

5). "If an injury occurs, a different loop initiates a stress response"-Layer #1( The Triune Brain in Evolution. Paul MacLean; New York Springer, 1990).

6).§§ **2702. Aggravated Assault**

**(a).** Offense Defined. A person is guilty of aggravated assault if he;

Christopher E. Miller
"Tort Law"
York, Pennsylvania

(1) Attempts to cause or intentionally, knowingly or recklessly under circumstances manifesting extreme indifference to the value of human life; It is not unconstitutional for agg. Assault to be graded(Commonwealth V. Bucknor (1995) 441 PA Super 441, 657 A2d 1005, reh den (May22, 1995)and app den (PA) 666 A2d. 1050.) more severely than attempted murder.

(2)

7).**Crime** and **Punishment:** Penal Institutions

Empirical studies of penal institutions are too few numbers to show with any precision the amount of corruption, solidarity, or exploitation that exists in different types of institutions. (The new Encyclopedia. Micropaedic. Knowledge in Depth. Chicago-Death. Pp 867. ©1985).

Christopher E. Miller
"Tort Law"
York Pennsylvania

We use the "general semantics" of our forefathers who compose the "Constitution and Constitutional Government", which ad hence the adaptation of the "common law". These words are found under the 14th Constitutional Amendment which protest...

### "Citizen of the United States"

"All person born or naturalized in The United States, and subject to the jurisdiction there of, are citizens of the United States and of the State where in they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of liberty (*), or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws..."

.....gives power of the #diatheke of this statutes, personal liberty and injuries to reputation which are protected under "Tort Law" (*1). As a result of this encroachment, the right to sue is imminent to the deportments of Byzantine. As a citizen of "The United States of America" the right to proper treatment remains essential to the 8th Constitutional Amendment,

### "Title 42. The Public Health and Welfare" (1) (2) (3)

It is easy to remonstrant frivolous, the destitution of liberty (4) lost, when the denial of Medical treatment, which was blazon consistency in the 8th Amendment. These acts were portrayed while immured at York Count Prison, Delco County Prison and "State Road" Detention Center. This tervigation left the plaintiff with emotional and mental injuries not only to his pride as an American citizen, but the representation of his conduct of character (5) (6). As a victim of assault in several antecedents while immurement, the acts of oppression in conjunction to "injures to reputation" are of Byzantine through dichotomy (7) (8). In the words of the famous sociologist Robert E. Parks "The behavior of individuals under the influence of an impulse that is common and collective, an impulse, in other words, that is the result of social interactions!" As a citizen of the United State, these and many other constitutional Rights have been deprived and neglected throughout the time of imprisonment. Because the haviors have become tectonic to the plaintiff's personal liberty, the need to apply #syntheke for a positive result in conjunction to the causation the defendant partook.

### Reference

**\*.Personal Liberty-Law** in U.S. history, Pre-Civil war laws passed by Northern State governments to counter act the provisions of the Fugitive Slave Acts and to protect escaped slaves and free blacks settled I the North.

Contravening the Fugitive Slave Act of 1793, which did not provide for trial by jury, Indiana (1824) and Connecticut (1828) enacted laws making jury trials for escaped slaves possible upon appeal. In 1840 Vermont and New York granted fugitives the right of jury trials for escaped slaves possible upon appeal. In 1840, 1842, when the U.S. Supreme Court ruled that enforcement of the fugitive slave act was a federal function, some Northern states governments passed laws forbidding state

Case 3:19-cv-01135-RDM-CA     Document 1     Filed 07/02/19     Page 18 of 31

6/27/2019     Are Current Tort Liability Doctrines Adequate for Addressing Injury Caused by AI? | Journal of Ethics | American Medical Association

# Traditional Tort Liability

Liability for medical errors falls under tort law. A tort is a civil claim in which a party requests damages for injuries caused by a harmful, wrongful act of another. Patients may recover compensatory and punitive damages from physicians, health care organizations, pharmaceutical companies, and medical device manufacturers if they are injured as a result of the party's failure to meet judicially accepted standards. Typical tort claims in the realm of medicine and health include medical malpractice (negligence), *respondeat superior* (vicarious liability), and products liability.

*Physician liability: malpractice (negligence).* Liability for medical errors falls under a negligence framework, the "most publicly visible legal mechanism" for protecting quality of care, which requires physicians to compensate patients for injuries for which the physician is responsible.[11] The legal definition of negligence is "conduct which falls below the standard established by law for the protection of others against unreasonable risk of harm."[12] In judicial determinations, a physician's actions are judged not against those of a reasonable *man*, but rather against those of a reasonable *physician*—with the same knowledge, skills, and expertise—under like circumstances.[13] However, courts do not purport to possess the knowledge necessary to determine sound medical judgment. Thus, expert testimony of qualified physicians is required to establish the standard of care or what is "reasonable to expect of a professional given the state of medical knowledge at the time of the treatment in issue."[14] Given the nature of medical practice, custom is largely dispositive. Expert testimony may be based upon available clinical literature, statements by the Food and Drug Administration (FDA), practice guidelines issued by medical societies (providing a ready-made standard), the *Physicians' Desk Reference*, and expert reliance on research findings.[11] Standards of care evolve over time with advances in medical knowledge and technology, and hence new developments in technology might create uncertainty for physicians about what is the current standard of care.

*Health care organizations: respondeat superior (vicarious liability).* In addition to physician liability, the doctrine of *respondeat superior* places vicarious liability on employers for the negligent acts of employees acting within the scope of their employment.[15] Under this doctrine, "hospitals can be held vicariously liable for the acts of their employees, including physicians, who commit malpractice."[16] Alternatively, hospitals and other health care providers may be held separately negligent for failing to exercise due care in hiring, training, or supervising employees, or for failing to maintain adequate facilities and equipment.[17]

*Manufacturers and pharmaceutical companies: products liability.* Under products liability theory, patients are entitled to recovery when they are injured by products that are "not reasonably safe" due to defective design, manufacture, or warning. The relevant law states that manufacturers of prescription drugs and medical devices, those "that may be legally sold or otherwise distributed pursuant only to a health-care provider's prescription," are liable for harm to persons caused by defects.[15] A product is defectively designed "if the foreseeable risks of harm posed by the drug or medical device are sufficiently great in relation to its foreseeable therapeutic benefits" such that reasonable providers would not prescribe it to "any class of patients."[18] Warnings or instructions are inadequate if they fail to reasonably disclose risks "to prescribing and other health-care providers who are in a position to reduce the risks of harm."[18] The law reflects the FDA's determination that prescription medical products have inherent and unavoidable risks and thus require physician approval before use. It also emphasizes that the physician plays an important role in patients' choices.

Thus, a key difference arises when the products liability doctrine is applied to cases involving medicine and health care, in that such cases are typically subject to the *learned intermediary doctrine*. The learned intermediary doctrine addresses how patient-focused liability doctrines apply to the use of pharmaceuticals and medical devices, wherein physicians intervene between the manufacturer and the ultimate consumer.[19] Essentially, the learned intermediary doctrine "prevents plaintiffs from suing medical device manufacturers directly," as the manufacturer has no duty to the patient directly.[16] Under this doctrine, the "physician, rather than the patient, is considered the end consumer of medical devices because the health care provider is in the best position to weigh the risks against the possible benefits of using the device."[16] The physician as end consumer means that manufacturers may fulfill their duty to warn about the potential

dangers of their products by providing warnings to the physicians who will be using them. If a physician subsequently fails to properly warn a patient and adequately disclose the risks and benefits associated with the product, it is the physician who will face liability.

Christopher E. Miller
"Tort Law"
York Pennsylvania

authority to cooperate in the capture and return of fugitives. In the reaction to the fugitive slave Act contained in the compromise of 1850, most Northern states provided further guarantees of the jury trial, authorized severe punishment for illegal seizure and perjury against alleged fugitives and forbade state authorities to recognized claims to fugitives. These laws were among the many assaults on states rights cited as a justification for secession by South Carolina in 1860.( https://www.britannica.com/topic/personal-liberty-laws).

**(*1).**see attached article.

**1).** certain forms of behavior are everywhere condemned by law. In matter of mitigation and justification the continental law, tend to be more explicit and articulate than the Anglo-American law, although modern legislation in countries adhering to the latter is reducing these differences contrast can be drawn between the procedures of two systems, yet even here there is a common effort to provide fair proceedings for the accused and protection for basic social interest. (The New Encyclopedia Britannica Criminal Law: Common Law and Code Law Pp. 871).

 **2). Law Review Articles**:

Vogel. The "ordered Liberty" of substantive Due Process and the Future of Constitutional Law as a Rhetorical Art: Variations on a Theme from Justice Cardozo in the United States Supreme Court. 70 ALB L Rev 1473, 2007

Kanter. The Griswold Diagrams: Toward a Unified Theory of Constitutional Rights. 28 Cardozo L Rev. 623, November 2006(Amendment 9: Rights retained by the People).

**3). "**And Moses said unto his father in law, Because the people come unto me to inquire of God when they have a matter, they come unto me; and I judge between one and another and I do make them know the statutes of God and his law(Exodus chpt. 18 vs. 15-16: The Holy Bible ©1985).

**4). Freedom of Assembly**

"The right of people to gather peacefully to exchange ideas or to protest social, economic, or political conditions and demand reform. Some people believe this freedom also extends to the right to assemble and associate on the Internet. Constitutions and the traditions of democrat ices throughout the world respect the right of freedom of assembly. But no country including the United States, claims the right as absolute. (**World Book** F.7, The World Book Encyclopedia ©2017).

**5)**...Patterns of exploitation, however, are too few in number to show with any precision the amount of corruption, solidarity, or exploitation that exists in different types of institutions. (The New Encyclopedia. Britannica. Knowledge in Depth. Chicago-Death. Crime and Punishment: Penal Institution Pp.867).

**6).** Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievance.(**Amendment #1**. Religious and Political Freedom).

**7).** The ways in which people behave together in crowds, panics, fads, fashions, crazes, publics, cults, followings, reforms and revolutionary social movements, and other similar groups.

Christopher E. Miller
"Tort Law"
York Pennsylvania

**8).** "Here are guaranteed basic rights of conscience, such as freedom of religion, speech, press and petition: fundamental guarantees of fair procedure for persons accused of crime, such as protection against unreasonable search and seizures, compulsory self-incrimination and excessive bail, a speedy and public trial by a local impartial jury before an impartial judge, and representations by counsel. (**The New Encyclopedia, Britannica Knowledge in Depth. Vol. 16.** "The Supreme Court and Individual Rights" Pp. 745©19853).

Christopher E. Miller
May 5, 2019
Letter of Amicus

(A).George W. Hill(November 21, 2018)

Amendment 5

Title 42. The Public Health and Welfare

1. **Malpractice:** 1983. Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage of any State or Territory or the District of Columbia, subjects, or cause to be subjected, any citizen of the United States or person with the jurisdiction thereof to the deprivation of any rights privileges, or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law, suit inequity, or other proper proceeding for redress, except that in any action brought against on judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

(i)**Misuse of Medical Procedure**: Amendment 9: Rights retained by people.

The enumeration in the constitution of certain rights, shall not be construed to deny or disparage others retained by the people.

**Law Review Articles:**

Vogel. The "ordered Liberty" of substantive Due Process and future of Constitutional Law as a Rhetorical Art! Variations on a There from Justice Cardozo in the United States Supreme Court. 70 Alb L Rev 1473, 2007

♦**Fracture Jaw**

(ii).Fracture- Dislocation. A severe injury in which both fracture and dislocation take place simultaneously. Frequently, a loose piece of bone remains jammed between the ends of the dislocated bones and may have to be removed surgically before the dislocation can be reduced. Immobilization must be longer than in a simple dislocation to permit healing of the fracture; Chances for permanent stiffness or disability are greater than in uncomplicated dislocation or fracture. (**Britannica Micropaedia. Ready Reference Vol.4 Delusion-Frenssen. ©1985**).

(iii).Simple closed. When the overlying skin is not broken and the bone is not exposed to the air. The common symptoms of fracture are pain and tenderness at the site. A sensation of grating or grinding with movement, and in ability to use the part.(**Britannica Micropaedia. Ready Reference Vol.4 Delusion-Frenssen.©1985**).

Christopher E. Miller
May 5, 2019
Letter of Amicus

During the visit to Crozier Hospital on the night of November 21, 2018 a number of infracts were performed while plaintiff Christopher E. Miler's mouth was filled with blood, the medical staff refused to remove the fluid by proper procedure. A suction cup and a tube was used for over twelve(12) hours before the fluid was properly removed. Prior to the surgical procedure , the use of anesthesia was denied and morphine was used to decrease the pain. Although there is no history of drug use , the patient still relied on this dap some in order to relieve the pain. The patient was injected with ten(10) veils of an anonymous substance was injected into the upper gums of the inmates mouth. After the procedure which lasted for approximately one(1) hour the patient was forced to return to George W. Hill facility as oppose to the eleven(11) week in patient procedure. After returning to George W. Hill facility, the inmate was given generic ibprophen. Three(3) pills were received three times a day. There was an addition  prescription for oxycotion. The metal wires, which were placed on his bottom lip was eventually removed after eight(8) weeks. Prior to the surgical  procedure there was no anesthesia given to ensure the elimination of pain. This left nerve damage to his bottom lip. Six (6) weeks after the first physical assault, the plaintiff was assaulted once again by another inmate. This attack left several hemorrhages, located on the forehead and underneath the victims right eye. There was no dap some provided for the scars. There was also nights when the inmate never received his #Triumeq. This medicine support eh lueiken cells(T-Helper) position with providing sentinel to the facsimiles to antigens

Christopher E. Miller
May 5, 2019
Letter of Amicus

<u>Case Law</u>

These impolicies encroaches the Constitutional Amendments Eighth(8) Amendment, which protects the rights of public health in any medical environment. This legal jargon is adhesion by

§§4:10. **Necessary Treatment**.

Key Number Digest. Prison Key #190, 192: Sentencing and Punishment Key # 1546 "Rights of A Prison" 4th Edition. Michael B. Mushlin Vol 1.©2009.

§§3:37. **Remedies for assault for inmates**.

If an inmate is a victim of an assault and proves that the defendant violated his rights to safety, he is entitled to recover damages compensating him for his injuries. "Pope v. Shafer, 86. F. 3d 90(7th circuit 1996) Amen. Giving precise content to the eights(8[th]) constitutional amendment: An assessment of the Remedial Provision of the Litigation

Lawson V. Dallas County, 286 F. 3d 257(5th Cir 2002)

Eades V. Thompson, 823 F. 2d 1055(7th Cir. 1987)

Christopher E. Miller
May 9, 2019
Letter of Amicus

# AMENDMENT 14

## Section 1.    [Citizens of the United States.]

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

## 2. Discrimination

•Inmate Miller was denied the rights to utilize the law library on the George W. Hill grounds. Upon the prithee to attend the library, Miller interviewed with librarian @Dana @Keith. This was for a position to be a librarian.

### Case Law

§§12:19. The right to access to a law library for persons confined in jail.(Rights of A prisoner. 4th Ed. Michael  B. Mushlin ©2009.)

"Fundamental constitutional rights of access to the courts required prisoners authority to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law". **Bounds V. Smith, 430 U.S. 817,828,97 S. Ct. 1491, 1496, 52 L. ed. 2d 72, 839 19770(*A Jailhouse Lawyer's Manuel. Columbia Law ©2011*.)

### Education Communication

299. Libraries, Building for the Future: Robert J. Shaw. American Library Association

1967. Illustrated 9 (**Index Reading-Study Guide Bibliography: Collier's Encyclopedia Vol. 24. Crowell-Colloier Education Corp© 1969**).

Christopher E. Miller
May 9, 2019
Letter of Amicus

B). <u>**York County Prison**</u>

**IV. CRUEL AND UNUSUAL PUNISHMENT**

**A. In General**

**80. Generally**

Eighth Amendment is designed to protect those convicted of crimes, and consequently applies only after state has complied with constitutional guarantees traditionally associated with criminal prosecutions. Whitley v Albers (1986) 475 US 312, 106 S Ct 1078, 89 L Ed 2d 251 (criticized in Blyden v Mancusi (1999, CA2 NY) 186 F.3d 252) and (criticized in Clarke v Blais (2006, DC Me) 2006 US Dist LEXIS 89941)

Eighth Amendment prohibition against cruel and unusual punishment limits power of legislative body to establish penalties for crimes, restricts courts when sentencing convicted defendants, and protects prisoners from excesses of prison authorities in executive branch. Williams v Mussomelli (1983, CA3 Pa) 722 F.2d 1130

Eighth Amendment applies only to conditions of confinement and has no application in determining validity of substantive criminal statutes. George v Texas (1986, CA5 Tex) 788 F.2d 1099, cert den (1986) 479 US 866, 93 L Ed 2d 153, 107 S Ct 226

Eighth Amendment prohibits punishments that involve unnecessary and wanton infliction of pain, are grossly disproportionate to severity of crime for which inmate was imprisoned, or are totally without penological justification. Caldwell v Miller (1986, CA7 Ill) 790 F.2d 589 (criticized in Singer v Frank (2007, ED Wis) 2007 US Dist LEXIS 55663)

Congress could, if it wished, establish mandatory sentence for particular crime without range of options for court as long as sentence did not violate Eighth Amendment. United States v Van Horn (1986, CA8 Iowa) 798 F.2d 1166

Eighth Amendment prohibition against cruel or unusual punishment is not applicable to cases in which plaintiffs were not in custody as result of having been convicted of crime. Lynch v Cannatella (1987, CA5 La) 810 F.2d 1363, 1988 AMC 1213

Contention that penalty within statutory limits is rendered "cruel and unusual" by reason of subsequent legislative changes is without merit. United States v Holley (1987, CA5 Tex) 818 F.2d 351

Eighth Amendment violation cannot be established by asserting that one portion of punishment is disproportionately severe even if whole is not since separate elements of punishment, none of which are unconstitutional by their nature, combined to form sentence for single crime, whether one of elements is excessively severe can have no practical significance if entire sentence is not excessively severe. United States v Smith (1987, CA9 Cal) 818 F.2d 687

In determining whether sentence is unconstitutionally disproportionate, focus is not on punishment comparison among cases, but rather on whether punishment in specific case is proportionate to crime for which defendant has been convicted. United States v Contreras (1991, CA7 Ill) 937 F.2d 1191

There is no constitutional right, in non-capital cases, to individualized sentencing; legislature may provide for mandatory sentences for particular offenses. United States v Campusano (1991, CA1 Mass) 947 F.2d 1

Within limits mainly defined by cruel and unusual clause of 8th Amendment, legislatures are permitted to treat criminals worse than they treat law abiding persons, without having to establish functional justification for difference in treatment. Milner v Apfel (1998, CA7 Ill) 148 F.3d 812, 57 Soc Sec Rep Serv 561, CCH Unemployment Ins Rep 16095B, cert den (1998) 525 US 1024, 119 S Ct 556, 142 L Ed 2d 463

Constitution's due process protection of fair and accurate trial are not necessarily implicated by 8th Amendment prohibitions of cruel and unusual punishment. Caldwell v Johnson (2000, CA5 Tex) 226 F.3d 367

Christopher E. Miller
May 9, 2019
Letter of Amicus

State court defendant can raise Eighth Amendment argument in federal court only in habeas proceeding and only after he has been sentenced and has exhausted his state appeals. Kwan Fai Mak v FBI (2001, CA9 Wash) 252 F.3d 1089, 2001 CDOS 4681, 2001 Daily Journal DAR 5795

Individualized consideration of offender and crime, although mandated by Eighth Amendment in capital cases, is not demanded in noncapital situations.  Commonwealth v Gamber (1986) 352 Pa Super 36, 506 A2d 1324 (criticized in State v Simpson (2003, Alaska App) 73 P3d 596)

Penalties inflicted on convicted felon are often "cruel" to his or her family, but Eighth Amendment to United States Constitution does not contemplate traumas and hardships imposed on family of convict; rather, it is concerned only with punishment inflicted on prisoner.  McKellar v Arizona State Dep't of Corrections (1977) 115 Ariz 591, 566 P2d 1337


(i). **Excessive Force-**Founder under section 1983.

(ii). **Wanton Infliction of Pain**-Excessive, cruel or immoral infliction of pain. Whitley V. Alberts 475U.S.312,319(1986).

(iii) **H8/Hate Crime-**Any of various crimes(as assault or defacement of property)when motivated by hostility to the victim as a member of a group (as one based on color, c reed, gender, or sexual orientation.)

On February 16, 2017 the plaintiff Christopher E. Miller became a victim of assault (1)(2) by another inmate while housed on a unidentified housing location. After the assault attack, Miller became a victim of excessive force articulating into wanton infliction of pain by several officers. This impolicy occurred while being transported to "cross halls medical". The handcuffs attached to the inmates wrist were inflicted with pain(3) by the officers who escorted the inmate. After explaining the cuffs were extremely too tighty and were hurting the inmate , the officer than used excessive force by pinning the inmate to the floor and placing his knee in the neck of the inmate. Miller was than assaulted by several correctional officers, which left his nose bloody and several scars on his face. He was also thrown into the entrance wall of the "cross halls" medical examination room. (4)(5)(6)(7).

Christopher E. Miller
May 9, 2019
Letter of Amicus

### Case Law

1. **Assault** A threat or attempt to inflict offensive physical contact or bodily harm on a person(as by lifting a fist in a threatening manner) that puts the person in immediate danger of or in an apprehensive of such harm or contact.
   a. The crime of trying or threatening to hurt someone physically

2. If an inmate is a victim of an assault and proves that the defendants violated his rights to safety, he is entitled to recover damages compensating him for his injuries (Pope v. Shager, 86 F. 3d 90(7th circuit. 1996)Amend, Giving precise content to the eighth (8th ) amendment : An assessment of the Remedial Provision of the Litigation.(" Rights of A Prisoner" 4th Ed. Michael B. Mushlin Vol. 1. ©2009. Pp.247)

3. **Compensation for victim of a crime-**"England, Canada, and some states of the Untied States have introduced new legislation to compensate victims of crimes, especially violent crimes. Other countries have ended or enacting similar legislation. The assessment of the victims role in the criminal episode is extremely complex and may often make it difficult to apportion responsibility and decided on compensation.(**Britannica MacropÆdra: Knowledge in Depth Vol 16. Chicago-Death©1985 Pp.854**)

4. The individual who has inflicted harm on another, runs the revenge argument, must be made to suffer in return; for only an act of vengeance can undo the harm that has been done and assuage the suffering of the victim.(**Crime and Punishment. Prison and Penology. Pp863. The Encyclopedia Britannica. Vol. 16. Knowledge in Depth©1985.**)

5. §.2706 **Simple Assault**
   a. Offense defined attempts to cause or intentionally,. Knowingly or recklessly causes bodily injury to another;
   b. Attempts by physical menace to put another in fear or imminent serious bodily injury; or
      i. It is not unconstitutional for aggravated assault to be graded more severally than attempted murder(*Commonwealth V. bucknor(1995) 441 Pa Super 441, 657 A. 2d 1005, reh den (May 22, 1995) and app den (pa) 666 A 2d 1050*).(**Toll's Pennsylvania Crimes Code Annotated 2d (Annotates by Sheldon S. Toll: 2010 Edition Pp.257**).

Christopher E. Miller
May 9, 2019
Letter of Appeal

....."let it be within the scope of the constitution, and all means which are appropriate, which are plainly adapted to that end, which are not prohibited, but consist with the letter and spirit of the constitution, are constitutional."(Constitutional Law. The Supreme Court and The Federal System. Britannica. Vol 16. Macropaedia Knowledge in Depth Pp.745).

## AMENDMENT 6

### Rights of the accused.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense

      This cypress which is supported by the U. S. Constitution 6th Amendment(1) challenges the counsels ineffective ability to properly defend the plaintiff Christopher E. Miller on January 25, 2019. The inmate was seen before Judge George Snyder and was ordered on an un served balance of 627 days with parole* eligibility within 60 days of the hearing. Because of the "***Constructive Denial***" appointed by the attorney assigned to the case, Miller was improperly defended injunctive to the destitute of proxemics prior to the plaintiff's tribunal hearing. There was no defensive argument which could have modified the referendum of the settlor. For the trial articulating with docket number
    1).3767-CR-2016
    2).NT-1007-16/NT-1045-16-19105(York, Pensylvania)
    3).Mc-51-CR-0035191-2016(Philadelphia, Pennsylvania)
Miller blames the destitute of immediate probation, parole or even a motion to dismiss the charges. If the counsel disagree with the plaintiff's "***Constructive Denial***" than a prithee for "***The Strickland Test: Deficient Performance Prong***" is the following objective to the attorney's desertion! Please deliberate the proposal Miller has presented.

### *Case Law*

      1). The most significant limitations of the character upon the national government added in 1791 with the ratification of the first ten(10)amendments, the Bill of Rights. Here are guaranteed basic rights of conscience, such as freedom of religion, speech, press and petition; fundamental guarantees of fair procedure for persons accused of crime, such as protection against unreasonable searches and seizures, compulsory self-incrimination and excessive bail, a speedy and public trial by a local , impartial jury before an impartial judge, and representation by counsel; and rights of private property , as in the provision that private property shall not be taken for public use without just compensation.(***Britannica.***

Christopher E. Miller
May 9, 2019
Letter of Amicus

# AMENDMENT 14

## Section 1.    [Citizens of the United States.]

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

2. **Discrimination**

•Inmate Miller was denied the rights to utilize the law library on the George W. Hill grounds. Upon the prithee to attend the library, Miller interviewed with librarian @Dana @Keith. This was for a position to be a librarian.

### Case Law

§§12:19. The right to access to a law library for persons confined in jail.(Rights of A prisoner. 4th Ed. Michael B. Mushlin ©2009.)

"Fundamental constitutional rights of access to the courts required prisoners authority to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law". **Bounds V. Smith, 430 U.S. 817,828,97 S. Ct. 1491, 1496, 52 L. ed. 2d 72, 839 19770(*A Jailhouse Lawyer's Manuel. Columbia Law ©2011*.)**

**Education Communication**

299. Libraries, Building for the Future: Robert J. Shaw. American Library Association

1967. Illustrated 9 (**Index Reading-Study Guide Bibliography: Collier's Encyclopedia Vol. 24. Crowell-Colloier Education Corp© 1969**).

*PRESS FIRMLY TO SEAL*

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED





# PRIORITY®
★ MAIL ★

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:** Christopher E. Miller
371 W. Market St
P.O. Box 1968
York, PA 17405-1968

RECEIVED
HARRISBURG, PA

JUL 02 2019

PER _____
DEPUTY CLERK

**TO:** U.S. District CourtHouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17101

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

7.70 Oz

1005

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.